STATE OF NEBRASKA, APPELLEE, V. WOODARD NIMRO, ALSO KNOWN AS GREGORY JOHNSEN, REAL AND TRUE NAME UNKNOWN, APPELLEE, GEORGE P. BURKE, APPELLANT.

183 N. W. 2d 769

Filed February 19, 1971. No. 37717.

George P. Burke pro se.

Fred J. Hurlburt, for appellee State.

Heard before WHITE, C. J., CARTER, SPENCER, BOSLAUGH, SMITH, McCOWN, and NEWTON, JJ.

NEWTON, J.
This appeal requires a determination of the amount of attorney's fees to be allowed a lawyer appointed by the court to represent an indigent defendant in a criminal case.

We fix the fees to be allowed in the sum of $750 and affirm the judgment of the district court as modified.

AFFIRMED AS MODIFIED.